To: U.S. District Court Clerk
    1205 Texas
    Lubbock, Tx 79401

FROM: Juan F. Goitia
    2637 F.M. 261
    Spur, Tx 79401

RE: Discovery — Case # 6:07-CR-058 (03)

Date: 11-26-07

Dear U.S. District Court Clerk,
    A motion for discovery has been filed and I'd like your office to
send me a copy. I have a court date coming up and need to review
it prior to my court date. I'd appreciate a prompt response as per this
letter so that I wont have to file for a continuance. I will not
be able to fully defend myself without it, so I look hard and forward
to a response as per this request.

                                    Respectfully Submitted

                                    Juan F. Goitia



RECEIVED

NOV 27 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Juan F. Goitia
U.S.M. #36605177
2637 F.M.261
Spur, Texas
79401

INMATE CORRESPONDENCE

RECEIVED
NOV 27 2007
U.S. DISTRICT CLERK

79401-44037

LUBBOCK TX 794
26 NOV 2007 PM 1 T

U.S. District Court Clerk
1205 Texas
Lubbock, Texas
79401



