Case 6:07-cr-00058 Document 110 Filed 03/21/2008 Page 2 of 4
Case 6:07-cr-00058-H-BU Document 121 Filed 06/10/08 Page 1 of 1 PageID 488
AO 245 S (Rev. 01/01) Sheet 2 - Imprisonment

Judgment--Page 2 of 4

Defendant: JUAN F. GOITIA
Case Number: 6:07-CR-058-03-C

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 30 months.

The defendant shall remain in custody pending service of sentence.

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**JUN 1 0 2008**
**CLERK, U.S. DISTRICT COURT**
By _____
Deputy

**RETURN**

I have executed this Judgment as follows:

Defendant delivered on 5/27/2008 to FPC Yankton
at Yankton, SD , with a certified copy of this Judgment.

Archie B. Longley, Warden

_____
United States Marshal

By _Schwadie_ SLS
Deputy Marshal