October 6, 2008

RECEIVED
OCT - 9 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

George M. Mahon Federal Building
Room 106
1205 Texas Avenue
Lubbock, TX 79401

Attn:   Clerk of the District Court

RE:   Juan Francisco Goitia
Case # 6:07-CR-058-03-C

I am preparing to file a notion under 2255, and would appreciate it if you could provide me with copies of the following:

1. My indictment in the above case.

2. My Plea Agreement.

3. My Judgement and Commitment Order.

4. The forms with instructions for filing a motion under 2255.

Thank you.

Yours truly,


Juan Francisco Goitia
Reg. No. 36605-177
Federal Prison Camp
PO Box 700
Yankton, SD 57078

NAME: Juan Francisco Goitia
REG#: 36605-177
FEDERAL PRISON CAMP
PMB 700
YANKTON, SD 57078



SIOUX FALLS SD 571
07 OCT 2008 PM 1 T

RECEIVED
OCT - 9 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RECEIVED
OCT 09 2008
U.S. PROBATION
LUBBOCK, TEXAS



Attn: Clerk of the District Court
George M. Mahon Federal Building
Room 106
1205 Texas Avenue
Lubbock, TX 79401

7940144003