**United States District Court**
**Northern District of Texas**
**Office of the Clerk**

San Angelo Division

Apr 6, 2010

U.S. District Clerk
Clerk's Office, Davenport Divisional Office
131 East Fourth Street
Davenport IA 52801-1516

SUBJECT: Yr. Case #3:10-CR-18-01  Our Case #6:07-CR-058-C (003)

Dear Clerk:

Pursuant to the Transfer of Jurisdiction of the above named defendant    JUAN F. GOITIA    ,

to the   Southern Dist./Iowa-Davenport  , please find the enclosed certified copies of the following:

1. Transfer of Jurisdiction
2. Indictment
3. Judgment and Commitment Order
4. Docket Entries

Please acknowledge receipt of the above on the enclosed copy of this letter to be returned to this office in the envelope also provided.

Sincerely,
KAREN MITCHELL
*Clerk of Court*

*(By) Deputy Clerk*

Enclosures